460 A.2d 864

Commonwealth v. Jackson, Appellant.

Petition for Allowance of Appeal
Denied Sept. 19, 1983.

Before WICKERSHAM, BECK and MONTEMURO, JJ.

Judgment of sentence affirmed.